**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LLOYD EDWARD FLANAGAN,**

      **Plaintiff,**

-vs-                                        **Case No. 6:07-cv-301-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

**ORDER**

This cause is before the Court on the Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed on March 2, 2007.

On March 6, 2007 the United States Magistrate Judge submitted a Report recommending that the Motion be denied (Doc. No. 3).

On March 15, 2007 Plaintiff paid the filing fee.

Therefore, it is **ORDERED** as follows:

1. The Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) is DENIED as moot.

2. The Clerk is directed to terminate the Report and Recommendation (Doc. No.3).

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 20, 2007.

ANNE C. CONWAY
United States District Judge

-2-

Copies furnished to:

United States Magistrate Judge
Counsel of Record